O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cv-08352 ODW |
| --- | --- |
| Plaintiff, | CR 09-00052-ODW-** |
| v. | **ORDER DENYING DEFENDANT'S APPLICATION FOR ORDER TRANSFERRING HIM TO THE METROPOLITAN DETENTION CENTER IN LOS ANGELES** |
| GLENN BOSWORTH, | |
| Defendant. | |

On February 20, 2009 Plaintiff plead guilty to Count 1 of the Information, charging him with violation of 18 USC §2422(b) Use of a facility of Interstate Commerce To Induce a Minor To Engage in Criminal Sexual Activity. After no fewer than nine continuances, on October 22, 2010 Petitioner was sentenced to nine years in prison with 20 years of supervision to follow. The conviction and sentence were affirmed by the Ninth Circuit on February 22, 2012 [105].

On October 31, 2013 Defendant filed a motion to vacate his conviction and sentence and to allow withdrawal of his previously entered guilty plea, pursuant to 28 U.S.C. §2255. The motion was DENIED in part.

On April 28, 2014 the court issued an order <u>conditionally</u> granting Bosworth's request for a sentencing hearing open to his entire family. Bosworth was invited to contact the court with several dates convenient to his family members. The court then would select one of those dates to convene a hearing at which Bosworth's sentence would be vacated and a new sentencing hearing conducted. This was not an open-ended invitation, but provided for a 60-day expiration. Specifically the order stated in part: "Bosworth's counsel will notify the court of several proposed dates for resentencing. If the court does not hear from Bosworth's counsel in 60 days of the date of this Order, the Court will assume that the request has been withdrawn." The Order was dated April 28, 2014.

Even as of the present date, the court has not been advised of proposed date(s) that Bosworth's family would be able to come to court for a new sentencing hearing. That offer expired on June 28, 2014. By the terms of the Order, the Court has assumed that the request for a new sentencing had been withdrawn. In addition, the motion for a new sentencing hearing which had been conditionally granted, is now DENIED.

Bosworth application that an order issue to the Bureau of Prisons to transport Bosworth to the Metropolitan Detention Center in Los Angeles, is DENIED.

**IT IS SO ORDERED.**

**November 7, 2014**

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**