O

# United States District Court
# Central District Of California

| | |
|---|---|
| GLENN BOSWORTH<br><br>　　　　　Petitioner,<br>v.<br>UNITED STATES OF AMERICA<br><br>　　　　　Respondent. | Case No. 2:13-cv-08352 ODW<br>2:09-CR-0052-ODW-**<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR TRANSFER TO MDC-LA FOR RESENTENCING.** |

The Court granted Petitioner until June 28, 2014 within which to advise the court of dates convenient to his family to attend a resentencing. The Court expressly stated that if it did not hear from Petitioner within 60 days of the date of the order [April 28, 2014] the Court would assume that the request for a new sentencing hearing has been withdrawn. The instant request comes six months too late and is therefore DENIED. This is the final time the court will entertain this request.

**January 6, 2015**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**