O

# United States District Court
# Central District Of California

GLENN BOSWORTH

                Petitioner,

  v.

UNITED STATES OF AMERICA

                Respondent.

Case No. 2:13-cv-08352 ODW
2:09-CR-0052-ODW-**

**ORDER AGAIN DENYING PETITIONER'S REQUEST FOR TRANSFER TO MDC-LA FOR RESENTENCING.**

The repeated request is once again DENIED.

**April 22, 2015**

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE