O

# United States District Court
# Central District Of California

GLENN BOSWORTH

                Petitioner,

v.

UNITED STATES OF AMERICA

                Respondent.

Case No. 2:13-cv-08352 ODW
2:09-CR-0052-ODW-**

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION.[165]**

On January 16, 2015 Petitioner filed a Notice of Appeal from this Court's denial of his request to be transferred to MDC-LA for resentencing. [160] While the matter remains on appeal, Petitioner seeks reconsideration of the District Court's order, setting forth no basis upon which reconsideration may properly be entertained. Regardless, until such time as a Mandate issues, the District Court may not entertain the motion. The motion is therefore DENIED.

**May 6, 2015**

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE