O

# United States District Court
# Central District of California

| | |
|---|---|
| GLENN BOSWORTH<br><br>                    Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>                    Respondent. | Case No. 2:13-cv-08352 ODW<br>2:09-CR-0052-ODW-**<br><br>**ORDER DENYING PETITIONER'S SEVENTH REQUEST FOR RESENTENCING.** |

For the reasons stated in this Court's Orders of July 28, 2014, September 23, 2014, November 6, 2014, January 6, 2015, and April 7, 2015 the repeated request for resentencing is once again DENIED.

**June 23, 2015**

_____
              **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**