O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br> v.<br>GLENN BOSWORTH,<br>    Defendant. | Case No. 2: 09-cr-00052- ODW<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EARLY RELEASE** |

  On May 10, 2018 Bosworth filed a motion pursuant to 18 USC § 3582(c)(2) for modification of his sentence. [DE-201]. Concurrently, he filed a motion for release from custody "based on the immediacy of the effect a favorable ruling would have on Petitioner's collateral and concurrently filed MOTION PURSUANT TO 18 USC§ 3582(c)(2), [ ]." Mtn at p. 1.) The entire basis of the motion for release is Bosworth's anticipation that his motion to "correct" his sentence would receive a favorable ruling. It did not in fact receive a favorable ruling. No correction of the sentence is warranted. He complained about not receiving "acceptance of responsibility" credit. He did receive a three-level reduction in the calculation of his guidelines range for his acceptance of responsibility. What he fails to understand is that he received an <u>above</u> guidelines sentence due to the 3553(a) factors cited.

///

///

Bosworth's motion for release from custody is DENIED.

**IT IS SO ORDERED.**

June 1, 2018



_____

      **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**